MARY McLEAN LUDLOW, Respondent, *v.* THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF ST. JOHN'S CHURCH IN THE TOWN OF ISLIP, Appellant.

(Submitted February 24, 1913; decided March 4, 1913.)

Motion for re-argument or amendment of remittitur denied, with ten dollars costs. (See 207 N. Y. 689.)